**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

| | |
|---|---|
| TAMARA KNIGHT and GARY BECK,<br><br>        Plaintiffs,<br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br>a Delaware limited liability company,<br><br>        Defendant. | Case No. 21-cv-03003-TLB<br><br>Hon. Timothy L. Brooks |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate

to the dismissal of this action without prejudice. If no motion to reinstate is filed within thirty

(30) days, then the dismissal will automatically convert to a dismissal with prejudice without

further action by the Parties or the Court.

Respectfully submitted,

**TAMARA KNIGHT** and **GARY BECK**,

Date: September 10, 2021

By: /s/ Michael Ovca
    One of Plaintiffs' Attorneys

Benjamin H. Richman*
brichman@edelson.com
Michael Ovca*
movca@edelson.com
**EDELSON PC**
350 North Lasalle, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

- 1 -

- 2 -

                                              **BAXTER HEALTHCARE CORP.**,

Date: September 10, 2021                       By: /s/ Howard Kaplan (with permission)
                                                   One of Defendant's Attorneys

                                               Marshall S. Ney, AR Bar 91108
                                               mney@fridayfirm.com
                                               **FRIDAY, ELDREDGE & CLARK, LLP**
                                               3350 South Pinnacle Hills Parkway, Ste. 301
                                               Rogers, Arkansas 72758
                                               Telephone: (479) 695-6049
                                               Facsimile: (501) 244-5389

                                               Bradley H. Weidenhammer, P.C.*
                                               bweidenhammer@kirkland.com
                                               Howard Kaplan*
                                               howard.kaplan@kirkland.com
                                               **KIRKLAND & ELLIS, LLP**
                                               300 North LaSalle
                                               Chicago, Illinois 60654
                                               Telephone: (312) 862-2000
                                               Facsimile: (312) 862-2200

                                               *admitted *pro hac vice*

                                               *Attorneys for Defendant*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2021, a copy of the foregoing

**Stipulation of Dismissal** was served upon all counsel of record via the Court's CM/ECF system.

/s/ Michael Ovca